# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **JOSEPH ALVARADO #2287132** | § | |
| | § | |
| **V.** | § | **W-23-CA-618-ADA** |
| | § | |
| **GENE MILLER, et al.** | § | |

## ORDER OF DISMISSAL

On September 18, 2023, the Court ordered Plaintiff to file a more definite statement answering particular questions. Plaintiff had until October 18, 2023, to comply with the Court's order. Plaintiff failed to respond to and on October 19, 2023, the Court ordered Plaintiff to show cause why his case should not be dismissed. Plaintiff had until November 20, 2023, to comply with the Court's order. To date, Plaintiff has failed to respond to the order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**

**SIGNED** on November 28, 2023

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE